# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:

**LARRY DAVID ESTELLE**
**SARA LOUISE SKAGGS**

**DEBTOR(S)**                                                    CASE NO. 19-60216

## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. There is a pending objection to confirmation of the plan filed by Capital One. Any changes in valuation of collateral, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

            Respectfully submitted by:      Beverly M. Burden, Chapter 13 Trustee

                                      By:   /s/ Michael E. Litzinger
                                            Michael E. Litzinger,
                                            Attorney for Trustee
                                            KY Bar ID: 82898
                                            P.O. Box 2204
                                            Lexington, KY 40588-2204
                                            (859) 233-1527
                                            notices@ch13edky.com

## CERTIFICATE OF SERVICE

I hereby certify that on the April 9, 2019, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via EM/ECF electronic service upon the following:

JESSE D. PEACE                              All other parties requesting electronic notice

By:   /s/Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee